IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION THREE

| | | |
|---|---|---|
| In the Matter of the Personal Restraint of | ) | |
| | ) | No. 38184-6-III Cons. with |
| KENT RICHARDSON. | ) | No. 38210-9-III |
| | ) | |
| | ) | |
| | ) | UNPUBLISHED OPINION |
| | ) | |
| | ) | |
| | ) | |

FEARING, J. — In these consolidated personal restraint petitions, Kent Richardson requests a recalculation of his offender score without the inclusion of his earlier conviction for possession of a controlled substance. The State agrees to the recalculation and to resentencing. Pursuant to *State v. Blake*, 197 Wn.2d 170, 195, 481 P.3d 521 (2021), we accept the State's concession and remand for resentencing. In *State v. Blake*, the Washington Supreme Court held that the Evergreen State's strict liability drug possession statute, former RCW 69.50.4013(1), violates due process under both the state and federal constitutions.

No. 38184-6-III cons. w/38210-9-III
*In re Personal Restraint of Richardson*

A majority of the panel has determined this opinion will not be printed in the

Washington Appellate Reports, but it will be filed for public record pursuant to

RCW 2.06.040.

_____
Fearing, J.

WE CONCUR:

_____
Siddoway, A.C.J.

_____
Lawrence-Berrey, J.

2